UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KIMBERLY EDWARDS                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:17-CV-970-DPJ-FKB

MALLORY COMMUNITY HEALTH CLINIC                                                   DEFENDANT

FINAL JUDGMENT

For the reasons given in the Court's Order entered in this case on this date, the Court hereby dismisses this matter without prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 23rd day of March, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE